

No. 94–1648. CHAPPELL v. BARRERAS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 94–1659. BYRD v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–1673. ADULT VIDEO ASSN. ET AL. v. RENO, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. 

No. 94–1678. MILLS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–1679. LESLIE v. LESLIE. Ct. App. Colo. Certiorari denied. 

No. 94–1690. DAUW v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–1697. GILBREATH v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 94–7191. SMITH v. GILBERT ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–7408. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7464. HUGHES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 94–7471. LAYTON v. WHITLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–7720. HARRIS v. UNITED STATES;
No. 94–7747. ELZY v. UNITED STATES; and
No. 94–7748. DAVENPORT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7800. DOUGLAS v. ALASKA DEPARTMENT OF REVENUE. Sup. Ct. Alaska. Certiorari denied. 

No. 94–7816. MCCALLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.